UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TRUSTEES OF THE BUILDING TRADES
EDUCATIONAL BENEFIT FUND, THE BUILDING        Docket No. 23-CV-00188
TRADES ANNUITY BENEFIT FUND, BUILDING
TRADES WELFARE BENEFIT FUND AND THE
ELECTRICIAN'S RETIREMENT FUND,

                                                          Plaintiffs,   **NOTICE OF MOTION**
                                                                               **FOR DEFAULT**

               -against-

UNIFIED ELECTRIC and KENNETH D'ANNA,
INDIVIDUALLY and KENNETH D'ANNA
d/b/a UNIFIED ELECTRIC,

                                           Defendants,
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that the Plaintiffs hereby move this Court before the Honorable Judge Allyne R. Ross, U.S.D.J. of the United States District Court for Eastern District of New York, pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiffs and against the Defendants.

Dated: September 27, 2023
       Hempstead, New York

                                                         _____S/_____
                                                         Danielle M. Carney, Esq
                                                         BARNES, IACCARINO & SHEPHERD, LLP
                                                         3 Surrey Lane, Suite 200
                                                         Hempstead, NY 11550
                                                         (516) 483-2990