UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE BUILDING TRADES EDUCATIONAL BENEFIT FUND, THE BUILDING TRADES ANNUITY BENEFIT FUND, BUILDING TRADES WELFARE BENEFIT FUND, and THE ELECTRICIAN'S RETIREMENT FUND,<br><br>*Plaintiffs*,<br><br>-against-<br><br>UNIFIED ELECTRIC and KENNETH D' ANNA, INDIVIDUALLY and KENNETH D' ANNA d/b/a UNIFIED ELECTRIC,<br><br>*Defendants*. | 23-CV-188 (ARR) (ST)<br><br><u>NOT FOR ELECTRONIC OR PRINT PUBLICATION</u><br><br>**ORDER** |

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated March 14, 2024, from the Honorable Steven Tiscione, United States Magistrate Judge. *See* R. & R., ECF No. 24. The deadline for filing objections has passed and no objections have been filed. Accordingly, I have reviewed the Report and Recommendation for clear error on the face of the record. *See Finley v. Trans Union, Experian, Equifax*, No. 17-CV-371 (LDH) (LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Est. of Ellington ex rel. Ellington v. Harbrew Imps. Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Finding no clear error, I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Plaintiffs' motion for default judgment is granted. The clerk of court is respectfully directed to enter judgment for plaintiffs in accordance with the Report and Recommendation.

SO ORDERED.

                                                            /s/
                                                      Allyne R. Ross
                                                      United States District Judge

Dated:       March 29, 2024
               Brooklyn, New York