UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TRUSTEES OF THE BUILDING TRADES
EDUCATION BENEFIT FUND, THE BUILDING
TRADES ANNUITY WELFARE BENEFIT
FUN, and THE ELECTRICIAN'S
RETIREMENT FUND,

                       Plaintiffs,                                JUDGMENT
                                                                 23-CV-188(ARR)(ST)

          V.

UNIFIED ELECTRIC and KENNETH D'ANNA,
INDIVIDUALLY and KEENETH D'ANNA
d/b/a UNIFIED ELECTRIC,

                   Defendants.
------------------------------------------------------------ X

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed

on March 29, 2024, adopting in its entirety the Report and Recommendation of the Honorable

Steven Tiscione which was filed on March 14, 2024; and granting Plaintiffs' motion for default

judgment; it is

      ORDERED and ADJUDGED that the Plaintiffs' motion for default judgment is granted;

Judgment is entered in favor of Plaintiffs in the amount of $418,290.99, which consists of (1)

$296,145.11 for the principal benefit contribution amount due; (2) $59,736.78 in interest; (3)

$59,229.02 for the liquidated damages calculated at 20% of benefit contribution; (4) $2,500.00

for reasonable attorneys' fees pursuant to the Collective Bargaining Agreement; (5) $400.00 for

the filing fee; (6) $280.08 for the process server fee; and this case is closed.


Dated: Brooklyn, NY                                      s/*Brenna B. Mahoney*
      March 30, 2024                                 Brenna B. Mahoney
                                              Clerk of Court